**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSHUA J. LUNA, an individual, | Case No.: ED CV 16-1604-DMG (DTBx) |
| Plaintiff, | ORDER RE JOINT STIPULATION TO REMAND CASE TO SAN BERNARDINO SUPERIOR COURT [14] |
| vs. | |
| ULINE, INC. a Delaware Corporation; JOE MORIN, an individual; and DOES 1-20, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOOD CAUSE APPEARING, the above-entitled Action is hereby remanded to the San Bernardino Superior Court for further proceedings consistent with the Parties' Stipulation. Neither Party shall be assessed fees or costs with regard to this Order of remand. Plaintiff's Motion to Remand This Action to State Court [Doc. # 11] is DENIED as moot. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED:  September 12, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-